# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130429
& (59)

SHARON LEE BLACK,
        Plaintiff-Appellee,

v

BILLY GLOE BLACK,
        Defendant-Appellant.

SC: 130429
COA: 257650
Manistee CC: 02-010964-DO

_____/

    On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the portions of the Court of Appeals decision holding that the Manistee cabin was part of the marital estate and that plaintiff was not entitled to any portion of defendant's pension. The property division has now been reversed in its entirety. We REMAND this case to the Manistee Circuit Court for further proceedings, and DIRECT the trial court to address the issues remanded by the Court of Appeals and to also determine: (1) whether, in light of the antenuptial agreement, defendant intended to transfer his separate ownership interest in the Manistee cabin into the marital estate, and (2) whether defendant gifted plaintiff with an interest in his pension. In all other respects, the applications are DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

    We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2006

l0516

Clerk